IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK JONES,<br><br>  Plaintiff<br><br>v.<br><br>GLOBAL DENTAL SOLUTIONS, LLC,<br>BRAD ABRAMSON, and HAL<br>ABRAMSON,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>1:16-CV-03964-TWT |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on a Joint Motion for Approval of Settlement. The Court finds that Plaintiff Mark Jones' claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Upon review of the proposed Settlement Agreement, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of Settlement is **GRANTED**.

2. The Parties' Settlement Agreement is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE** and upon entry

1

of this Order, the Clerk of Court is directed to close this case.

4.  This Court retains jurisdiction to enforce the terms of the Settlement Agreement upon motion of either party.

This 5th day of October, 2017.

**/s/Thomas W. Thrash**
Hon. Thomas W. Thrash.
United States District Judge